UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61890-CIV-SMITH

STATE OF FLORIDA,

    Plaintiff,

v.

PETE BUTTIGIEG, *et al.*,

    Defendants.

_____

### ORDER ON JOINT MOTION FOR CONSOLIDATED BRIEFING SCHEDULE

This cause is before the Court on Plaintiff and Defendants' Joint Motion for Consolidated Briefing Schedule ("Joint Motion") [DE 8]. Upon consideration,

it is hereby **ORDERED** that:

1. The Joint Motion [DE 8] is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 65(a)(2) the Court hereby consolidates the preliminary injunction hearing with a final hearing on the merits.

3. The Court hereby converts Plaintiff's Motion for Preliminary Injunction [DE 6] into a motion for summary judgment.

4. The Parties shall adhere to the following schedule:

    a. Defendants shall produce the administrative record to Plaintiff by **December 8, 2023**.

    b. Defendants shall file a combined memorandum in opposition to Plaintiff's motion and in support of Defendants' cross-motion for summary judgment and/or motion to dismiss by **December 15, 2023**.

    c. The Parties shall file a stipulation of undisputed facts by **December 22, 2023**.

    d. Plaintiff shall file a combined memorandum in Opposition to Defendants' cross-motion and in Reply to Plaintiff's motion by **January 26, 2024**.

    e. Defendants will file a Reply memorandum in support of their cross-motion by **February 23, 2024**.

    f. Defendants need not otherwise file their Answer to the Complaint.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 27th day of October 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record