UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61890-CIV-DAMIAN

**STATE OF FLORIDA**,

    Plaintiff,

v.

**PETE BUTTIGIEG**, *et al.,*

    Defendants.

_____/

## ORDER FOLLOWING STATUS CONFERENCE AND SETTING HEARING ON MOTION FOR SUMMARY JUDGMENT [ECF NO. 6]

**THIS CAUSE** is before the Court following a Status Conference held by Zoom on July 24, 2024 [ECF No. 30], at which Plaintiff, the State of Florida ("Plaintiff"), Defendants, the United States, the Department of Labor, two Labor officials in their official capacities, the Department of Transportation, three Transportation officials in their official capacities, and the Federal Transit Administration (collectively, the "Defendants"), and Proposed Intervenors, Amalgamated Transit Union International and Transit Workers Union (the "Proposed Intervenors"), appeared before the undersigned to address the Proposed Intervenors' Joint Motion to Intervene [ECF No. 10] and other pending matters in this case.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. At the Status Conference, the Court reserved ruling on the Joint Motion to Intervene, and the undersigned addressed the scheduling of the remaining motions, including Plaintiff's Motion For Preliminary Injunction[1] [ECF No. 6] and Defendants' and

---

[1] On October 27, 2023, the Court entered an Order granting the parties' joint motion for consolidated briefing schedule [ECF No. 8], in which it converted Plaintiff's Motion for Preliminary Injunction into a motion for summary judgment. ECF No. 11 ¶ 3.

Proposed Intervenors' Motions to Dismiss [ECF Nos. 17 and 20] for a final hearing on the merits. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 65(a)(2), **this cause is set for a Final Hearing on the merits before the undersigned on Plaintiff's Motion for Preliminary Injunction/Motion for Summary Judgment on August 26, 2024, at 10:00 A.M.** The hearing will be conducted in-person at the United States Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 205C, Fort Lauderdale, Florida 33301. At the Hearing, the parties shall be prepared to address all issues raised in the Motion for Preliminary Injunction/Summary Judgment and to present relevant evidence and testimony. It is therefore further

**ORDERED** that no later than **close of business (5:00 P.M.) on August 19, 2024**, the parties shall:

1. File and serve a notice disclosing the identity of any witness(es) they intend to present at the Final Hearing and a brief summary of the witness's expected testimony;

2. Identify all exhibits they intend to offer for consideration at the Final Hearing and provide copies to opposing counsel; and

3. File any requests to bring electronic equipment into the courtroom for use at the Final Hearing.

**DONE AND ORDERED** in Chambers at the Southern District of Florida, this 26th day of July, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**