UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61890-CIV-DAMIAN

**STATE OF FLORIDA**,

    Plaintiff,

v.

**PETE BUTTIGIEG,** *et al.*,

    Defendants.

_____/

## ORDER SETTING MOTION HEARING BY ZOOM

**THIS CAUSE** is before the Court *sua sponte*.

PLEASE TAKE NOTICE that the Final Hearing on the merits presently scheduled for August 26, 2024 (*see* ECF No. 31), at 10:00 a.m. before the undersigned will be held by Zoom. The parties may attend the Hearing by utilizing the following link:

https://www.zoomgov.com/j/1606752123?pwd=9PsKZt0dFzbgR6bdIaao2E8Vmpal2q.1

Meeting ID: 160 675 2123

Passcode: 419888

**DONE AND ORDERED** in Chambers in the Southern District of Florida, on this 23rd day of August, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record